# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5282**

**September Term, 2025**

**1:25-cv-00196-UNA**

**Filed On:** March 19, 2026

Seungjin Kim,

      Appellant

    v.

United States Department of State,

      Appellee

**ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**BEFORE:**    Henderson, Pillard, and Pan, Circuit Judges

## J U D G M E N T

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. See Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j). Upon consideration of the foregoing, and the motion for waiver of fees, it is

**ORDERED** that the motion for waiver of fees be dismissed as moot, as appellant has not requested the retrieval or photocopying of any documents. It is

**FURTHER ORDERED AND ADJUDGED** that the district court's June 30, 2025 order dismissing appellant's complaint be affirmed. The district court correctly concluded that appellant's complaint was frivolous. See 28 U.S.C. § 1915(e)(2)(B)(i); see also Neitzke v. Williams, 490 U.S. 319, 325 (1989) (a complaint is frivolous if it lacks "an arguable basis either in law or in fact").

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution

of any timely petition for rehearing or petition for rehearing en banc.  <u>See</u> Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**<u>Per Curiam</u>**

                                 **FOR THE COURT:**
                                 Clifton B. Cislak, Clerk

BY:    /s/
          Daniel J. Reidy
          Deputy Clerk